JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-3334-DMG (BFMx) | Date | May 6, 2025 |
|---|---|---|---|
| Title | *Nehemiah Kong v. Winreal Operating Co., L.P., et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

On March 25, 2025, Plaintiff Nehemiah Kong filed a complaint in Los Angeles County Superior Court against Defendant Winreal Operating Co., L.P., alleging two causes of action under the Americans with Disabilities Act ("ADA") and California's Unruh Civil Rights Act ("Unruh Act"). Notice of Removal ("NOR"), Ex. A [Doc. # 1-1]. Kong is a high-frequency litigant, as he has filed over 10 complaints alleging construction-related accessibility claims during the past 12 months. *Id.* ¶ 13. The Court therefore ordered Kong to show cause as to why it should not decline to exercise supplemental jurisdiction over his state law claim. [Doc. # 11 ("OSC")]; *see also Arroyo v. Rosas,* 19 F.4th 1202, 1211 (9th Cir. 2021) (affirming district court's denial of supplemental jurisdiction).

On April 30, 2025 Kong filed a response to the Court's OSC and a First Amended Complaint. [Doc. ## 12 ("FAC"), 13 ("OSC Resp.").] Kong's FAC only asserts a single claim for violation of the Unruh Act, therefore divesting the Court of its jurisdiction. *See Royal Canin USA, Inc. v. Wullschleger*, 604 U.S. 22, 43 (2025) ("Regardless of removal, the plaintiff's excision of her federal-law claims deprives the district court of its authority to decide the state-law claims remaining").

Accordingly, the Court **DISCHARGES** its OSC and **REMANDS** this action to the Los Angeles County Superior Court.

**IT IS SO ORDERED.**